JODI LINKER
Federal Public Defender
Northern District of California
ANGELA MILELLA HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:         Angela_Hansen@fd.org

Counsel for Defendant FERREIRA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDIJALMA FERREIRA,<br><br>Defendant. | **Case No.:** CR 24–0120 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING TO MAY 28, 2025, FOR CHANGE OF PLEA HEARING, AND TO EXCLUDE TIME** |

The above-captioned matter is set on April 10, 2025, before this Honorable Court for a status hearing.  The parties jointly request that the Court continue this matter to May 28, 2025, at 2:00 p.m., for a change of plea hearing, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through May 28, 2025.

Mr. Ferreira is charged in a two-count Indictment with violations of 18 U.S.C. § 554, smuggling goods from the United States.  On May 16, 2024, the Federal Public Defender was appointed to represent him on these charges. The government has produced discovery and continues to supplement its production.  Counsel for Mr. Ferreira needs additional time to review the discovery

1  already produced and to review it with her client.  Additionally, defense counsel needs more time to

2  research the charges, investigate the case and to assess the sentencing guidelines.

3       For these reasons, the parties agree that it is appropriate to continue this matter to May 28,

4  2025.  The parties agree that time should be excluded under the Speedy Trial Act through May 28,

5  2025, to give Mr. Ferreira and his counsel time to review discovery and to prepare this case for future

6  proceedings.  The parties further agree that the failure to grant such an exclusion would deny the

7  defendant reasonable time necessary for effective preparation, taking into account the exercise of due

8  diligence.

9       For all these reasons, the parties stipulate and agree that excluding time until May 28, 2025,

10  will allow for the effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties

11  further stipulate and agree that the ends of justice served by excluding the time from April 10, 2025

12  to May 28, 2025, from computation under the Speedy Trial Act outweigh the best interests of the

13  public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

16  DATED: April 8, 2025                              _____/S/_____

17                                                   ANGELA M. HANSEN
                                                     Assistant Federal Public Defender

19  DATED: April 8, 2025                              _____/S/_____

20                                                   MICHELLE J. KANE
                                                     Assistant United States Attorney

1

**[PROPOSED] ORDER**

2     Based on the reasons provided in the stipulation of the parties above, and for good cause shown,

3 the Court hereby ORDERS that the status hearing date of April 10, 2025, at 3:00 p.m., is vacated and

4 reset for a change of plea hearing on May 28, 2025, at 2:00 p.m.  It is FURTHER ORDERED that time

5 is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through May

6 28, 2025.

7

8     _____                         _____

9   DATE        4/9/2025                             THE HON. YVONNE GONZALEZ ROGERS
                                                      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28